UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN CARLOS WILLIAMS, ) | Case No. C00-1199-JCC-JPD |
| Petitioner, ) | |
| v. ) | ORDER DENYING MOTION FOR |
| ALICE PAYNE, ) | RELIEF AND MOTION FOR CONTEMPT |
| Respondent. ) | |

The Court, having reviewed petitioner's Motion for Relief and Motion for Contempt, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court has received Petitioner's Objections to the Report and Recommendation (Dkt. No. 201), but does not consider them to alter the analysis of the Magistrate Judge. Whatever harm Petitioner has suffered from the unauthorized withdrawals has been remedied;

(2) The Court adopts the Report and Recommendation (Dkt. No. 198);

(3) Petitioner's Motion for Relief (Dkt. No. 189) and Motion for Contempt (Dkt. No. 193) are DENIED; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

01
02  DATED this 5th day of June, 2008.
03
04
05
06  JOHN C. COUGHENOUR
    United States District Judge
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26